AUSA [signature]

**FILED**
AUG 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Edgar ESQUIVEL-Solorio, ) <br> ) <br> Defendant. ) <br> ) | Mag. Case No. **'08 MJ 8733** <br><br> <u>COMPLAINT FOR VIOLATION OF</u> <br><br> Title 8, U.S.C., Section 1326 <br> Attempted Entry After Deportation |

The undersigned complainant being duly sworn states:

On or about August 15, 2008, within the Southern District of California, defendant Edgar ESQUIVEL-Solorio, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e. conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act, to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense, all in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Senior Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 21st DAY OF AUGUST 2008.

_____
PETER C. LEWIS
U.S. MAGISTRATE JUDGE

(1)

I, Senior Border Patrol Agent Juan Suarez declare under penalty of Perjury, the following is true and correct:

# PROBABLE CAUSE STATEMENT

The complainant states that this complaint is based upon the statements of the apprehending Border Patrol Agent, Joseph Cisneros, that the defendant was found and arrested on or about August 15, 2008, 3.5 miles east of the Calexico, California Port of Entry.

At approximately 11:54 p.m., Remote Video Surveillance System Operators (RVSSO) observed a group of three individuals cross into the United States illegally by swimming around the International Boundary Fence. BPA Cisneros obtained a visual of the individuals that had crossed illegally and immediately responded to the area. BPA Cisneros encountered the individuals and identified himself as a United States Border Patrol Agent one of the individuals in the group was later identified as Edgar ESQUIVEL-Solorio. BPA Cisneros conducted a field immigration interview with the individuals. ESQUIVEL and the rest of the individuals admitted to being citizens of Mexico illegally in the United States. All the individuals were placed under arrest.

Record checks revealed that an Immigration Judge ordered ESQUIVEL deported to Mexico on November 28, 2005. Record checks also revealed that ESQUIVEL has a criminal record.

There is no evidence that ESQUIVEL received permission from the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-enter the United States.

Executed on August 16, 2008, at 9:00 a.m.

Juan F. Suarez
Senior Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page, I find Probable Cause to believe that the defendant named in this probable cause statement committed the offense on August 15, 2008 in violation of Title 8, United States Code, 1326

Honorable Barbara L. Major
United States Magistrate Judge

8/16/08 at 7:53 am
Date/Time