**SARA M. PELOQUIN**
California State Bar No. 254945
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Sara_Peloquin@fd.org

Attorneys for Mr. Esquivel-Solorio

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**EDGAR ESQUIVEL-SOLORIO,**<br><br>　　　　　Defendant. | Case No. 08MJ8733-PCL<br><br>**NOTICE OF APPEARANCE** |

　　　　Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Sara M. Peloquin, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


Dated: August 20, 2008　　　　　　　　　　　 /s/  *Sara Peloquin*
　　　　　　　　　　　　　　　　　　　　　　**SARA M. PELOQUIN**
　　　　　　　　　　　　　　　　　　　　　　Federal Defenders of San Diego, Inc.
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Mr. Esquivel-Solorio

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: August 20, 2008        /s/ *Sara Peloquin*
        **SARA M. PELOQUIN**
        Federal Defenders of San Diego, Inc.
        225 Broadway, Suite 900
        San Diego, CA  92101-5030
        (619) 234-8467  (tel)
        (619) 687-2666  (fax)
        Sara_Peloquin@fd.org